UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. EDCV 07-106-MMM (OP)              Date July 18, 2008

Title: Joseph E. Land v. Michael J. Astrue, Commissioner of Social Security Administration

---

PRESENT: THE HONORABLE   OSWALD PARADA     ☐ U.S. DISTRICT JUDGE

                                           ☒ MAGISTRATE JUDGE

| Maynor Galvez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
            NONE                                              NONE

**PROCEEDINGS:**   (IN CHAMBERS: ORDER TO SHOW CAUSE)

On January 25, 2007, plaintiff filed a Complaint. On February 1, 2007, the Court issued its case management order. On September 19, 2007, defendant filed an Answer to the Complaint and filed a copy of the certified administrative record, and a supplemental certified administrative record.

In accordance with the Court's case management order, the parties were to engage in good faith settlement negotiations and, in the event that a settlement could not be reached, the parties were to cooperate in the preparation of a joint stipulation containing a summary of the case and disputed issues. On January 16, 2008, after no joint stipulation had been filed, the Court ordered plaintiff and defendant to file a status report no later than seven (7) days from the date of the order addressing the reason(s) for the parties' failure to file the joint stipulation.

On January 22, 2008, in compliance with the Court's order, defendant filed a status report informing the Court that plaintiff has not served his portion of the joint stipulation as required by the Case Management Order. In response, the Court issued an Order to Show Cause ("OSC") why this case should not be dismissed for failure to prosecute. On March 18, 2008, plaintiff filed a response to the OSC in which he requested an extension of time to file the status report. The additional time would also allow plaintiff to consult with an attorney. On March 24, 2008, the Court granted plaintiff sixty days to file the status report. To date, no status report has been filed by plaintiff.

```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA

                         CIVIL MINUTES-GENERAL
```

**Case No.** EDCV 07-106-MMM (OP)            **Date** July 20, 2008

**Title: Joseph E. Land v. Michael J. Astrue, Commissioner of Social Security Administration**

Page 2

Accordingly, plaintiff is ordered to show cause no later than August 1, 2008, why this case should not be dismissed for failure to prosecute. Plaintiff's filing of a status report confirming that he is cooperating in the preparation of the joint stipulation no later than August 1, 2008, shall be deemed in compliance with this order to show cause. Plaintiff's failure to do so by August 1, 2008, shall result in the Court recommending that this action be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

cc:  All Parties of Record

                                    Initials of Deputy Clerk____MG_____

CV-90 (10/98)
CIVIL   MINUTES   -   GENERAL